MOED-0001          DISCLOSURE STATEMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

SIRO PROP OAKWOOD LLC and
SIRO PROP BIG RIVER, LLC                )
                                        )
Plaintiff(s),                           )
                                        )
                                        )
vs.                                     )   Case No. 4:24-cv-01035-HEA
                                        )
BERMUDA DRIVE HEALTHCARE, et al.,       )
                                        )
                                        )
Defendant(s).                           )

DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Plaintiff Siro Prop Oakwood LLC hereby discloses the following:

1.   If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.   Whether it is publicly traded, and if it is, on which exchange(s):
     N/A

b.   Its parent companies or corporations (if none, state "none"):
     N/A

c.   Its subsidiaries not wholly owned by the subject (if none, state "none"):
     N/A

d.   Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
     N/A

2.   If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
     Siro Prop Oakwood LLC is a citizen of Delaware. Its member is Missouri MT Holdings, LLC, a citizen of Delaware. There is tiered ownership with the following additional entities and individuals involved: GCM Missouri LLC, a citizen of Delaware and New York; Goldner Capital Management LLC, a citizen of Delaware; Goldner Family Trust, a citizen of Delaware; Susan Goldner, a citizen of New York, Chana Kahan, a citizen of New York, Leslie Kahan, a citizen of New York, Helene Mayer, a citizen of California, Aaron Mayer, a citizen of California, Gabriel Mayer, a citizen of New York, CF Care LLC, a citizen of Nevada.
     Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: James G. Nowogrocki
Address: 903 S. Lindbergh Blvd., Suite 200
City/State/Zip: St. Louis, MO 63131
Phone: (314) 991-4999

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: July 31 , 20 24 .

_____
Signature