UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SIRO PROP OAKWOOD LLC AND SIRO PROP BIG RIVER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BERMUDA DRIVE HEALTHCARE LLC, CEDARS COURT HEALTHCARE LLC, VERTICAL HEALTH SERVICES, LLC, AND WILLIAM MILLER,<br><br>Defendants, | ) | Case No. 4:24CV1035 HEA |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion to Strike, [Doc. No. 163]. Defendants oppose the Motions.

Plaintiffs move to strike the Declaration of William Miller [Doc. 149] (the "Miller Declaration) submitted in opposition to Plaintiffs' Motion for Summary Judgment.

A court is given liberal discretion under Rule 12(f), however, motions to strike are viewed with disfavor and rarely granted. *Bitmain Techs. Georgia Ltd. v. Hylmen, LLC*, No. 6:24-CV-03183-MDH, 2025 WL 3901901, at *2 (W.D. Mo. Apr. 24, 2025); *Lunsford v. United States*, 570 F.2d 221, 229 (8th Cir.1977).

Under Rule 12(f), "the court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). *Burton v. Taco Bell Corp.*, No. 26-CV-00398-SRB, 2026 WL 2593163, at *2 (W.D. Mo. Sept. 1, 2026).

Defendant's Declaration in support of their opposition to Plaintiffs' summary judgment is not a pleading. Nor does it contain redundant, immaterial, impertinent, or scandalous matter. Defendant is in no way prejudiced or harmed by the filing and has filed a reply to their motion for summary judgment

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike, [Doc. No.163], is **DENIED**.

Dated this 17th day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE